

ENTERED
03/27/2013

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISON

In Re:

Elinear, Inc                                Case No. 06-34810-H5-7

Debtors(s)   §                              #330

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of **Phillip M. Hardy** seeking payment of **$3,640.87** representing funds previously unclaimed by:

Phillip M. Hardy
5050 Woodway
Houston, TX  77056

Creditor in the above-entitled case and it appearing from the application and supporting documentation that Phillip M. Hardy is entitled to the unclaimed funds, it is

**ORDERED** that the Clerk pay $3,640.87 to the following:

Phillip M. Hardy
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Signed this 27 day of March, 2013

_____
United States Bankruptcy Judge